NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMBASE CORPORATION**
**AND CARTERET BANCORP, INC.,**
*Plaintiffs-Cross Appellants,*

**AND**

**FEDERAL DEPOSIT INSURANCE CORPORATION,**
*Plaintiff-Cross Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellant.*

---

2012-5047, -5048, -5049

---

Appeals from the United States Court of Federal Claims in case no. 93-CV-531, Senior Judge Loren A. Smith.

---

**ON MOTION**

---

**ORDER**

The United States moves without opposition for a 40-day extension of time, until July 28, 2012, to file its brief due to settlement negotiations.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JUN 2 0 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Charles J. Cooper, Esq.
     John M. Dorsey, III, Esq.
     Jeanne E. Davidson, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUN 2 0 2012**

**JAN HORBALY**
**CLERK**